**NOTE: CHANGES MADE BY COURT**

# JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD HENDERSON, an individual,<br><br>              Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>              Defendants. | Case No.: 2:22-cv-01511-FWS-JEM_<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41 [21]** |

///

///

///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation to Dismiss Entire Action with Prejudice Pursuant to Fed. R. Civ. P. Rule 41 [21] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

Plaintiff Rashad Henderson's above-captioned case as against all parties is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure Rules 41(a)(1)(A)(ii) and 41(a)(1)(B), and each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

DATED: November 15, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE